STATE

v.

**Forrest SPEARS.**

**No. 80–165–M.P.**

Supreme Court of Rhode Island.

June 5, 1980.

John P. Toscano, Jr., Town Sol., Charlestown, for plaintiff–respondent.

Murphy, Mullen & Jarret, Albert K. Antonio, William T. Murphy, Providence, for defendant–petitioner.

ORDER

The petition for writ of certiorari is granted insofar as it seeks review of the District Court judgment finding petitioner in violation of the town zoning ordinance. Certiorari is denied with respect to the violation of the trailer ordinance since the judgment of conviction as to that ordinance is appealable to Superior Court, and the clerk of the District Court is directed to permit petitioner to pursue his appropriate appellate remedy in that case.

STATE

v.

**James WHITMAN.**

**No. 80–67–C.A.**

Supreme Court of Rhode Island.

June 5, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., for plaintiff.

Mary E. Levesque, Paula Rosin, Marvin E. Clemons, Asst. Public Defenders, for defendant.

ORDER

The defendant's motion to remand this case to the Superior Court for the limited purpose of conducting a hearing on defendant's motion for reduction of sentence is granted. Following said hearing, the record in this case shall be returned to this court forthwith.

In the Matter of ANGELO C., Leslie C., and Glen K.

**No. 80–278–M.P.**

Supreme Court of Rhode Island.

June 12, 1980.

James Murray, Pawtucket, for petitioner.

Mary Nagle, Asst. Public Defender, Chester Lupton, Department of Children and Their Families, Providence, for respondent.

ORDER

The respondent is directed to file its answer to the petition for writ of habeas corpus and therein to *show cause,* if any it has, why the petition should not be granted, said answer to be made in compliance with the provisions of Rule 14. The petitioner's motion for stay of the Family Court decree is denied.

WEISBERGER, J., did not participate.